**John R. JONES, Appellant,**

v.

**Dave DORMIRE, et al., Robert Gibson, Charles Lowell and Douglas Worsham, Respondents.**

**WD 77512**

Missouri Court of Appeals, Western District.

ORDER FILED: JUNE 23, 2015

Appellant Acting Pro Se.

Colleen Joern Vetter, St. Louis, MO, Counsel for Respondents.

Before Division Three: Mark D. Pfeiffer, PJ., Gary D. Witt, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

John R. Jones appeals the circuit court's grant of summary judgment to Defendants on Jones's various claims that Defendants violated Jones's right to exercise his religion while incarcerated. Jones claims that the court erred in granting summary judgment because genuine issues of material fact remain with regard to his claims. We affirm. Rule 84.16(b).